STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265247)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:      *lacalendar@stroock.com*

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PETTIS,<br><br>              Plaintiff,<br><br>     v.<br><br>CITIBANK BANK, N.A.; TRAVIS CREDIT UNION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; ADVANTAGE CREDIT, INC.,<br><br>              Defendants. | Case No. 2:22-cv-02281-JAM-JDP<br><br>[Assigned to the Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO COMPLAINT** |

STIPULATION AND ORDER FOR FURTHER EXTENSION
OF TIME FOR CITIBANK, N.A. TO RESPOND TO COMPLAINT
CASE NO. 2:22-cv-02281-JAM-JDP

LA 52736303

Plaintiff Kenneth Pettis ("Plaintiff") and defendant Citibank, N.A. ("Citibank" and together, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 21, 2022, Plaintiff filed the Complaint in the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, Citibank was served with the Complaint on January 5, 2023;

WHEREAS, on January 23, 2023, pursuant to Local Rule 144(a), the Parties, through their respective counsel of record, previously agreed to extend the deadline to respond to the Complaint by twenty-eight (28) days, to and including February 23, 2023 (Dkt. No. 17);

WHEREAS, the Parties are meeting and conferring with respect to Citibank's potential motion to compel arbitration and are discussing settlement, and therefore the Parties have agreed to extend the date by which Citibank must answer or otherwise respond;

WHEREAS, the Parties, through their respective counsel of record, have agreed to further extend the deadline to respond to the Complaint by twenty-one (21) days, to and including March 16, 2023; and

WHEREAS, this stipulation is submitted in good faith and not for purposes of delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Citibank, through their respective counsel of record, that Citibank shall have a further twenty-one (21) day extension of time, to and including March 16, 2023, to file its response to the Complaint.

//
//
//
//
//

-1-
STIPULATION AND ORDER FOR FURTHER EXTENSION
OF TIME FOR CITIBANK, N.A. TO RESPOND TO COMPLAINT
CASE NO. 2:22-cv-02281-JAM-JDP

LA 52736303

| | | |
|---|---|---|
| 1 | Dated: February 22, 2023 | STROOCK & STROOCK & LAVAN LLP<br>ARJUN P. RAO<br>MARCOS D. SASSO |
| 2 | | |
| 3 | | By:  */s/ Marcos D. Sasso* |
| 4 | | Marcos D. Sasso |
| 5 | | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |
| 6 | | |
| 7 | Dated: February 22, 2023 | GALE ANGELO JOHNSON & PRUETT, P.C.<br>ELLIOT GALE<br>JOE ANGELO |
| 8 | | |
| 9 | | |
| 10 | | By:  */s/ Joe Angelo*<br>*(as authorized on February 22, 2023)*<br>Joe Angelo |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>KENNETH PETTIS |

IT IS SO ORDERED.

Dated: February 23, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER FOR FURTHER EXTENSION
OF TIME FOR CITIBANK, N.A. TO RESPOND TO COMPLAINT
CASE NO. 2:22-cv-02281-JAM-JDP

LA 52736303