Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Kenneth Pettis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH PETTIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVIS CREDIT UNION, et. al.<br>　　　　Defendants. | Case No.: 2:22-cv-02281-JAM-JDP |

**ORDER**

Pursuant to the stipulation of the Parties, **Travis Credit Union** is **DISMISSED** with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 29, 2023           /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE