Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Kenneth Pettis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH PETTIS, | Case No.: 2:22-cv-02281-JAM-JDP |
| Plaintiff, | |
| vs. | **ORDER** |
| TRAVIS CREDIT UNION, et. al. | |
| Defendants. | |

### ORDER

Pursuant to the stipulation of the Parties, **TransUnion, LLC** is **DISMISSED** with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 11, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE